# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWNY ANDREWS,<br><br>Defendant. | Case No.: 2:15-cr-_292_<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR SHAWNY ANDREWS<br>(ID#) 45982-048 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **SHAWNY ANDREWS** before the United States District Court at Las Vegas, Nevada, on or about ~~Wednesday~~ Tuesday, **NOV 17 2015**, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

- CWH, Courtroom 3C

DATED: October 20, 2015

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15-cr- 292 |
| Plaintiff, ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR SHAWNY ANDREWS |
| vs. ) | (ID#) 45982-048 |
| SHAWNY ANDREWS, ) | |
| Defendant. ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **SHAWNY ANDREWS**, is committed by due process of law in the custody of the Warden, Warren County Jail, Bowling Green, Kentucky, that it is necessary that the said **SHAWNY ANDREWS** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **SHAWNY ANDREWS** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on Tuesday, NOV 17 2015 CWH, Courtroom 3C, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **SHAWNY ANDREWS** before the United States District Court on or about Tuesday, NOV 17 2015 CWH, Courtroom 3C, at the hour of 3:00 p.m.,

1   for arraignment and from time to time and day to day thereafter until excused by the Court has
2   been ordered by the United States Magistrate or District Judge for the District of Nevada.
3       WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4   Prosequendum issue out of this Court, directed to the Warden, Warren County Jail, Bowling
5   Green Kentucky, and to the United States Marshal for the District of Nevada, commanding
6   them to produce the said **SHAWNY ANDREWS** before the United States District Court on or
7   about _Tuesday, NOV 17 2015_ [CWH, Courtroom 3C], at the hour of 3:00 p.m., for arraignment and from
8   time to time and day to day thereafter, at such times and places as may be ordered and directed
9   by the Court entitled above, to appear before the Court, and when excused by the said Court, to
10  be returned to the custody of the Warden, Warren County Jail, Bowling Green, Kentucky.
11      DATED this 20th day of October, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_/s/_

BRANDON C. JAROCH
Assistant United States Attorney

2